JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FIDEL HERNANDEZ,

          Plaintiff,

    v.

GANOOV INC., et al.,

          Defendants.

CV 20-00265 PA (MRWx)

JUDGMENT

      Pursuant to the Court's May 13, 2020 Order dismissing this action for lack of prosecution and failure to comply with the Court's order,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

      IT IS SO ORDERED.

DATED:  May 13, 2020

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE